IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISHMAEL ALI BURK, | : |
| *Plaintiff,* | : |
| | : |
| v. | : CIVIL ACTION NO. 19-CV-3121 |
| | : |
| THOMAS LEONHAUSER, *et al.*, | : |
| *Defendants.* | : |

## ORDER

AND NOW, this 19th day of August, 2019, upon consideration of Plaintiff Ishmael Ali Burk's Amended Complaint (ECF No. 7) it is **ORDERED** that:

1. Burk's Amended Complaint is **DISMISSED without prejudice** for failure to state a

claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum. The dismissal is without prejudice to Burk filing a new case only in the event his sentence is reversed, vacated, or otherwise invalidated.

2. The Clerk of Court shall **CLOSE** this case.

                                          **BY THE COURT:**

                                          */s/ Gerald J. Pappert*
                                          **GERALD J. PAPPERT, J.**